Elida **GABRIEL DE SECAIDA,** Petitioner,

v.

Eric H. **HOLDER, Jr., Attorney General, Respondent.**

No. 06–74323.

United States Court of Appeals, Ninth Circuit.

ed by 9th Cir. R. 36–3.

Submitted Feb. 18, 2009.*

Filed March 2, 2009.

Tim R. Everett, Law Offices of Tim R. Everett, Los Angeles, CA, for Petitioner.

CAC–District Counsel, Office of the District Counsel, Department of Homeland Security, Los Angeles, CA, Ronald E. Lefevre, Office of the District Counsel, Department of Homeland Security, San Francisco, CA, OIL, Paul F. Stone, Esq., U.S. Department of Justice, Washington, DC, for Respondent.

Before: BEEZER, FERNANDEZ, and W. FLETCHER, Circuit Judges.

MEMORANDUM **

Elida Gabriel de Secaida, a native and citizen of Guatemala, petitions for review of the Board of Immigration Appeals' order dismissing her appeal from an immigration judge's decision denying her application for asylum. We have jurisdiction under 8 U.S.C. § 1252. We review for substantial evidence and will uphold the agency's decision unless the evidence compels a contrary conclusion. *Ochoa v. Gonzales,* 406 F.3d 1166, 1169 (9th Cir.2005). We deny the petition for review.

Substantial evidence supports the agency's determination that Gabriel de Secaida failed to establish that "Guatemalan wom-

en who resist sexual violence and are assertive in their efforts to resist and to punish those responsible" is a particular social group. *See id.* at 1170–71 ("Key to establishing a "particular social group" is ensuring that the group is narrowly defined."). Gabriel de Secaida has therefore failed to demonstrate that she suffered past persecution or has a well-founded fear of future persecution on account of a protected ground. *See id.* Accordingly, we deny her asylum claim.

**PETITION FOR REVIEW DENIED.**

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.